United States District Court
Southern District of Texas
**ENTERED**
March 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRESSEY WILSON, § <br> § <br> **Plaintiff** § <br> § <br> v. § <br> § <br> **PRAIRIE VIEW TEXAS A&M** § <br> **UNIVERSITY, and DR. RUTH J.** § <br> **SIMMONS, in her individual and** § <br> **official capacity,** § <br> § <br> **Defendants** § | CIVIL ACTION NO. 4:20-cv-04100 |

## ORDER

Upon consideration of the Plaintiff's Unopposed Motion for Dismissal without prejudice, it is hereby:

**ORDERED** that this case is **DISMISSED without prejudice,** with all parties to bear their own attorney fees and costs.

SIGNED at Houston, Texas, this 1st day of March, 2021

_____
Alfred H. Bennett
United States District Judge